**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Shirley A. Brill,

      Plaintiff,                                     Civil No. 08-1592 (RHK/SRN)

vs.                                           **DISQUALIFICATION AND**
                                                   **ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia &
Upjohn Company LLC,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 5, 2008

                                                                  s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge